IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:16MJ430 |
| PACHECO ET AL, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 29), leave of court is granted for the filing of the dismissal of the Complaint against Jose Gerrardo Pacheco and Jose Javier Camacho Felix.

IT IS ORDERED that the Motion to Dismiss the Complaint (Filing No. 29) is granted.

Dated this 11th day of April, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge